Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
SureTec Insurance Company, Inc.

FILED
2008 AUG 14 PM 3:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SURETEC INSURANCE COMPANY, INC.,

Plaintiff,

v.

UNIVERSAL HILLCREST, LLC; ENDEV ENTERPRISES, LLC; JAMES W. BRENNAN; LAUREN BRENNAN; THE BRENNAN FAMILY TRUST; EntertainSD, LLC; and JAMES WATSON BRENNAN, INC.,

Defendants.

Case No. '08 CV 1490 IEG NLS

**NOTICE OF INTERESTED PARTIES**

ORIGINAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1-1 of the Local Rules for the U.S. District Court, Southern District of California, Plaintiff SureTec Insurance Company hereby provides the following Certification As to Interested Parties:

///

///

///

///

The undersigned, counsel of record for SureTec Insurance Company ("Plaintiffs"), certifies that, at this time, counsel and Plaintiffs are unaware of any parties other than the parties to this action who may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 14, 2008

Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: [signature]
Robert C. Niesley
Attorneys for Plaintiff
SureTec Insurance Company, Inc.

IRVINE 131512.1 102594.001