# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 14 PM 3:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

SureTec Insurance Company, Inc.
Plaintiff

vs

Universal Hillcrest, LLC; EnDev Enterprises, LLC; James W. Brennan; Lauren Brennan; The Brennan Family Trust; EntertainSD, LLC; and James Watson Brennan, Inc.
Defendant

SUMMONS IN A CIVIL ACTION
Case No.
'08 CV 1490 IEG NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert C. Niesly, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY
By , Deputy Clerk

SEAL

AUG 14 2008
DATE